UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) No. 23-CR-240 (JEB) | |
| **ERIC HARROWER** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### MOTION TO MODIFY CONDITIONS OF RELEASE

Eric Harrower, through undersigned counsel, respectfully requests that the Court modify his conditions of release. Specifically, Mr. Harrower anticipates moving back to the District of Colorado from his current address in Missouri. His supervising officer at the Pretrial Services Agency has requested that he file this Motion.

In support, Mr. Harrower states the following:

1. On July 6, 2023, Mr. Harrower was charged via criminal complaint with violations of 18 U.S.C. §1752(a)(1), and (2), and 40 U.S.C. §5104(e(2)(D), and (G) for allegations arising out of conduct on January 6, 2021. *See* ECF No. 1. On July 24, 2023, Mr. Harrower was charged by Information with the same four counts. *See* ECF No. 8.

2. On July 20, 2023, Mr. Harrower was placed on pretrial release and ordered to abide by standard conditions. To this date, he has been compliant with all conditions. *See* ECF No. 7.

3. Mr. Harrower and his wife presently rent their home in Missouri. Both are originally from Colorado and have considered returning home to Colorado for some time. Due to damage to their roof from a recent storm, the owner of their residence is undertaking renovations and will not be renewing Mr. Harrower's lease. Mr. Harrower must move

out of his current home by August 28, 2023. Because Mr. Harrower and his wife do not have another residence in Missouri, they have decided to take this opportunity to return home to Colorado. Mr. Harrower intends to move in with his wife's grandmother on or about August 28, 2023, for a temporary period while he and his wife find permanent housing in Colorado. Mr. Harrower has provided the address where he intends to stay to his supervising officer, and will continue to provide updates when he has secured more permanent housing. Pretrial Services Agency requires a court order so that Mr. Harrower's supervision can be transferred to the District of Colorado.

WHEREFORE, Mr. Harrower asks that this Honorable Court modify his conditions of release to reflect that he is residing in Wheat Ridge, Colorado.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Kate Adams
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
kate_adams@fd.org