March 26, 2024

Dear Judge Boasberg,

      My name is Rebecca Harrower and I'm Eric's wife. I am a Day Program/Employment Specialist. I have known Eric for 18 years. We started dating 15 years ago and have been married for 14 years. We have four children ranging from 1 to 11.

      Eric is a very hard-working and loyal man. He is God-fearing and loves very deeply. He will spend years at a job and gives everything to the betterment of the company, even when it does not always benefit him. For example, he has worked 18 hours a day and has done that for many years with the same company. Eric has been a great husband and father. He helps me by entertaining the kids while I work in the evenings, he changes diapers, gives baths, and reads bedtime stories-with different voices for each character. He is always there to give hugs when I'm overstimulated, anxious, or stressed out. Not only has he always been a help to me but he is always ready to help out extended family. He has helped his mom and aunt with yard work and moving furniture. It's not just his family either. A few weeks ago he helped my uncle move some furniture around at his house, he's helped my sister with her kids, and he always makes time to listen, talk to, and sometimes advise my sister and late grandmother. Even in the most heartbreaking moments of life (he has been a pallbearer four times, his grandparents, his aunt, and my grandmother, in the last 4 years) he has been there to help. Eric shows courage and strength, even in the time of loss. Eric stands strong to be supportive of the ones he loves. Eric holds this family together; he is the rock, our glue

      I do not ignore the actions of my husband. But I do stand by him and support him. He and I understand his actions were wrong, he regrets every moment of that "business trip." Eric was working for his boss at the time, Josh Dressel, when he attended the events of January 6th. It is my understanding that Mr. Dressel pressured Eric to go, and funded his trip. I encouraged him not to go. However, as it was presented to Eric as a business trip, he feared if he did not go, he would lose his job. At the time, Eric was working long hours for Mr. Dressel and I believe it was a toxic employment relationship in which Eric was being taken advantage of. I know he regrets the decision to go along with what Mr. Dressel asked. Soon after January 6th, he realized the toxic nature of the relationship and quit that job, cut all ties with Mr. Dressel, and got a great job with Davey Tree. We also recently moved back to Colorado to be closer to family. I am very glad that Eric is no longer under that negative influence, and I know he has great remorse for his actions in this case. My husband is a law-abiding citizen and only wants the best for his country. I do feel his actions were encouraged by peer pressure from his boss.

      Please let me know if you have any questions or require any other information.

Sincerely,
Rebecca Harrower
(720) 760-1408
Rsharrower10@gmail.com