March 25, 2024

Dear Judge Boasberg,

My name is Karissa Sledd. I do data management for a travel company. Eric Harrower is my brother-in-law; however, I rarely add the in-law. He is my brother. I have known Eric for over 15 years. I met him before he and my sister started dating and consider him not only family, but one of my best friends. We have a very close relationship, as we are a tight-knit family.

Eric is honestly one of the best people I know. He loves the Lord and cares so much for his family, not only his wife and 4 kids, but all the family. He is very attentive to his children's and wife's needs. I see him step up and help with the kids – change diapers, give bottles, make plates for the kids, and cook quite often. He works very hard to support his family. He wakes up and goes to his full-time job with Davey Tree Services every day. I believe he will be eligible for a promotion soon as well. Eric has always been very supportive and loving. He has helped me many times. Specifically, I can recall him changing the oil in my car and bringing me gas when I carelessly run out. He is always there when I need a laugh, a hug, or a shoulder to cry on. Before my grandmother passed away in January, Eric was constantly helping her. He would keep her company and do chores around the house. I know he misses her dearly. Eric is always willing to lend a hand to anyone who needs it and does not ask for anything in return.

Eric's violations of the law are disappointing. However, that is extremely out of character for him. Eric is a stand-up citizen of this country. I do not feel his actions were of any malicious intent. Eric would not knowingly or willingly break the law. I feel Eric was more "going with the crowd" in this instance but that does not excuse his actions. My opinion of Eric has not changed. I feel this is a one off incident for him. He made a poor decision and is remorseful and has learned from that decision and is willing to accept the consequences of his actions.

Thank you for taking the time to read this statement. If you have any questions or would like any additional information, please do not hesitate to contact me.

Sincerely,

Karissa Sledd
Karissa.sledd88@gmail.com
(303) 902-6711