Eric Harrower

      Eric has been with the Davey Tree Boulder shop since September 4, 2023. He is a valued asset to our team, running crews as a tree care foreman. He arrives at work every day, on time, and ready to work. Eric takes responsibility for himself and others as a foreman. His knowledge and enthusiasm for the tree care industry is exceptional. Eric's willingness to grow and learn in the industry is also an outstanding quality he possesses. Eric is one of our top employees and has a very promising future career here with Davey Tree. Eric and I have sat down, and we have created some set goals for his future with the company, and we hope in the near future those goals will be attained.

-Maxwell Holler

Tree Care Coordinator

Davey Tree Expert Company

If there are any questions or concerns regarding this letter, please feel free to contact me

[Maxwell.Holler@davey.com](mailto:Maxwell.Holler@davey.com)

(303) 449-2525 ext. 5317